AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| **Baldomero OROZCO-Juarez** | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 22, 2020__ in the county of __Jim Hogg__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Guatemala, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Hebbronville, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about September 22, 2020 the defendant Baldomero OROZCO-Juarez was apprehended in Hebbronville, Texas. After a brief interview it was determined that, Baldomero OROZCO-Juarez was an undocumented alien from Guatemala and subsequently placed under arrest. Further investigation revealed that Baldomero OROZCO-Juarez was previously REMOVED from the United States on 06/17/2020 at Alexandria, La. There is no record that Baldomero OROZCO-Juarez has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Luis Herrera
_____
*Complainant's signature*

Luis Herrera,   Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence,

Date: September 24, 2020

_____
*Judge's signature*

City and state: Laredo, Texas

John A. Kazen, U.S. Magistrate Judge
_____
*Printed name and title*